UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERA MARIE MILLET and ADRIAN THOMAS THIBODEAUX | CIVIL ACTION |
| VERSUS | NO. 23-1673 |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | SECTION "J"(1) |

**O R D E R**

Before the Court is an unopposed *Motion to Dismiss Plaintiff's Complaint* **(Rec Doc. 4)** filed by Defendant, Rushmore Loan Management Services, LLC. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Defendants set the motion for submission on July 26, 2023. Plaintiffs, however, have failed to file a timely opposition.  It further appearing to the Court that the motion has merit,

**IT IS ORDERED** that the *Motion to Dismiss Plaintiff's Complaint* **(Rec. Doc. 4)** is **GRANTED**, and Plaintiffs' petition is dismissed.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum**.**  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred

1

in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 27th day of July, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE